JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, et al. | Case No. CV 11-4189-DMG (DTBx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CITY OF CATHEDRAL CITY, et al., | |
| Defendants. | |

This Court having granted summary judgment by order filed December 5, 2012,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Maria Hernandez shall have and recover nothing against Defendants herein.

DATED: December 5, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-