JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, et al.<br><br>　　　　Plaintiffs,<br>　　v.<br>CITY OF CATHEDRAL CITY, et al.,<br><br>　　　　Defendants. | Case No. CV 11-4189-DMG (DTBx)<br><br>**JUDGMENT** |

This Court having granted summary judgment by order filed December 5, 2012,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Maria Hernandez shall have and recover nothing against Defendants herein.

DATED: December 5, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE